No. 971. BECKER v. WALKER, WARDEN. May 29, 1939. Petition for writ of certiorari to the Superior Court, County of Hartford, Connecticut, and motion for leave to proceed further *in forma pauperis,* denied. *Arthur Matthew Becker, pro se.* No appearance for respondent.

No. 923. HOLLEY v. GENERAL AMERICAN LIFE INS. CO. ET AL. See *ante,* p. 615.

No. 961. SEARS, ROEBUCK & CO., INC. v. SAMSON-UNITED CORP. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Joseph H. Milans* and *Max W. Zabel* for petitioner. *Mr. W. Brown Morton* for respondent.

No. 895. CHASE v. AVERY. May 29, 1939. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Robert C. Watson* and *George M. Anderson* for petitioner. *Messrs. Leonard S. Lyon* and *Theodore H. Lassagne* for respondent.

No. 897. TOUCEY v. NEW YORK LIFE INSURANCE CO. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Arthur Miller* for petitioner. *Messrs. Samuel W. Sawyer* and *Louis H. Cooke* for respondent.

No. 899. BIG LAKE OIL CO. v. COMMISSIONER OF INTERNAL REVENUE. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third